UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 JAN 26  P 2: 24

SIG.I_____
BY DEPUTY CLERK

MINUTE ENTRY
JANUARY 23, 2006
DISTRICT JUDGE FRANK J. POLOZOLA

G. SCOTT LOVE, ET AL.                    CIVIL ACTION

VERSUS                                   NUMBER 95-788-FJP

KATHLEEN BABINEAUX BLANCO,
ET AL.

This matter came on this day for oral argument on the defendants' pending motion to amend the order of this Court issued May 18, 1998[1].

> PRESENT:  Daniel Joseph Balhoff
>           Counsel for plaintiffs
>
>           Roy Achille Mongrue
>           Counsel for defendants

The Court noted that the caption of this case needs to reflect the names of the current officials in the capacities of the offices originally sued.

The Court converted the defendants' motion to amend to a motion for declaratory relief. In addition, the court converted the plaintiffs' memoranda in opposition to the motion to amend to their motion for declaratory relief.

The Court informed that parties that it was only dealing with Civil Action 95-788-FJP this date. Further, the Court

---

[1]Rec. Doc. No. 65.

stated that it was not dealing with Civil Action 05-1439-FJP at this time.

The parties stipulated to converting defendants' motion to amend and plaintiffs' memoranda in opposition to motions for declaratory relief, respectively.

The defendants' exhibit D-1 was filed.

The Court allowed the plaintiffs to file a copy of the complaint in Civil Action 05-1439-FJP into the record as P-1 but stated it would not consider that complaint this date.

The bench book of exhibits was filed.

For oral reasons which constitute the Court's findings of fact and conclusions of law, the defendants' motion for declaratory relief to implement Act 282 is DENIED. The plaintiffs' motion for declaratory relief against Act 282 is GRANTED. The Court finds that Act 282 conflicts with the constitution and extends the injunctive relief ordered in the Court's ruling dated May 21, 1998. The Court reserves the right to supplement its findings with written reasons.

Civil Action 05-1439-FJP will be administratively closed.

The parties shall submit a proposed judgment to the Court with copies of the Court's ruling dated May 21, 1998 and Judgment dated May 19, 1998, attached.

\* \* \* \* \*

Court Reporter: E. Champion
C: CV25c; T: 1:30