

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

LOVE, *et al*,

    Plaintiffs,

v.

BLANCO, *et al*,

    Defendants.

CIVIL ACTION NO. 3:95-CV-788

## JUDGMENT GRANTING PLAINTIFFS' CROSS-MOTION FOR FURTHER DECLARATORY AND INJUNCTIVE RELIEF AND DENYING DEFENDANTS' MOTION FOR DECLARATORY RELIEF

Upon Defendants' motion for further relief under 28 U.S.C. § 2201 and Plaintiffs' cross-motion for further declaratory and injunctive relief under U.S.C. § 2202, the Court hereby

DECLARES pursuant to 28 U.S.C. § 2202 that Act 282 of the 2005 Regular Session of the Louisiana Legislature violates 2 U.S.C. §§ 7 and 1 and is therefore unconstitutional under the Supremacy Clause of the United States Constitution; and further

ORDERS pursuant to 28 U.S.C. § 2202 and Fed. R. Civ. P. 65 that Defendants are permanently enjoined from enforcing Act 282, and it is

FURTHERED ORDERED pursuant to 28 U.S.C. § 2202 and Fed. R. Civ. P. 65 that until further order of this Court, all regular "primary" (as defined in the Louisiana election code) elections for United States Senator and United States Representative in Louisiana shall be held, in accordance with 2 U.S.C. §§ 7 and 1, on the Tuesday next after the first Monday in November in the applicable even-numbered years. In the event that a candidate in such an election shall receive a majority of votes cast for that office that candidate shall be elected. In the event that

none of the candidates for a particular office receives a majority of the votes cast for that office, a run-off election will be held in accordance with 2 U.S.C. § 8 on the first Saturday in December following the November election. In all other respects, such elections for United States Senator and United States Representative shall otherwise be conducted in accordance with the Louisiana Election Code;

IT IS FURTHER ORDERED that the Plaintiffs shall file any application for attorney's fees and costs in connection with this proceeding not later than June 1, 2006; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this order.

Baton Rouge, Louisiana, this 20 day of March, 2006.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE